UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN L. MARVIN, ) | |
| Plaintiff, ) | |
| ) | No. 1:19-cv-382 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| RAY FLUEGEMAN, JANET CABLE, and ) | |
| LYNN OWENS, ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 20), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 30, 2020              /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge